

Michael Morris <morrism@arps.org>

## Bringing to your attention

**Sara Barber-Just** <barber-justs@arps.org>  Thu, Apr 27, 2023 at 7:22 PM
To: guevaram@arps.org, Michael Morris <morrism@arps.org>, sharond@arps.org

Hello, Mike, Marta, and Diego,
I am writing in regards to an article I read in The Gazette (about alleged transphobia at ARMS) and a live stream of the school committee I witnessed this week where commenters addressed their concerns.
In the newspaper, and at the school committee, I heard people saying that these were just rumors, and nothing had been officially reported.
My journalism students are hoping to interview counselors at the middle school and students and families starting next week. I'm sure they will also reach out to you directly.
In the meantime, I did want to share a screenshot (that was shared with me) of a public re-post on the Facebook page of one of your counselors.
In addition to being clearly transphobic and homophobic in nature it pictures a crucifixion wound on an arm shielding children from the pride flag.
I understand this is a *repost*, rather than the counselor's own writing.
That said, content of this nature was in play when an Easthampton superintendent candidate lost her job last week.
I'll leave it up to you to do whatever you will with this information. I have never met the person involved, and imagine that there's a lot more to him than this post.
However, the screenshot was brought to my attention, so I am just sharing it with you.
I would absolutely be concerned if my own transgender child were put in the line of this guidance counselor.
Thank you for your attention to this matter.
Sara Barber-Just



**Hector L Santos**



**Hector L Santos**
Sep 5, 2022 ·

 **David Fierro** is with **Tamara Herrera.** ·

Jul 1, 2022 ·

My opinion is obvious:
if my 4-year-old son tells me that he wants to dress up as a princess, I will tell him no, because he was born a child and the children are princes; I will try to get my daughter to prefer to play a sport of her liking or violin, but I will not support male behaviors as well Since I'm not going to endorse someone telling you that there is a third gender, I'm going to teach you that no, that there are only two chromosomes, that yes, that God created man in the beginning was Adam and Eve.

"Ahhhh but ""you're square, authoritarian, legalistic, closed-minded, you can't force the creature.""".
Sorry (for you) but the answer is yes
just like i force him to eat vegetables, do his chores, brush his teeth and go to the dentist, i also force him to sleep at a certain time, i can

**Hector L Santos**

Now if later I'm an adult.

(because that was the example my parents gave me and because that is the legal age where one acquires ability in fact) my son comes and says to me: Dad, from today I want to be Muslim, Buddhist, vegetarian, dress as a woman, change sex, be spiritualist, cannibal, vampire or a vampire Tree... well, there will be another story, but BEFORE me you enter this under my roof no. First, I will not run away from my responsibility as a father/mother and my duty to teach them things as they are.

If you think the same, I invite you to express it and don't be silent if others scream their rights I scream mine.

I've said!
Although they are outraged!

✻ · Rate this translation



Sara Barber-Just
English Department Head
Amherst Regional High School

Advisor to **The Graphic**
My pronouns are she, her, hers