UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TANIA CABRERA,                                )<br>    Plaintiff,                                       )<br>v.                                                         )<br>THE TOWN OF AMHERST,              )<br>DIEGO SHARON,                             )<br>SARA BARBER-JUST,                      )<br>MARTA GUEVARA, MICHAEL MORRIS )<br>CELIA MAYSLES and JULIE WOYNER, )<br>    Defendants                                  )<br>                                                            ) | C.A. 3:24-cv-30031 |

## MOTION FOR EXTENSION OF TIME

Counsel for the Plaintiff moves for an extension of thirty (30) days to serve the complaint. As reasons therefore:

1. Prior to service of the complaint, counsel for Defendants reached out and conferred with Plaintiff's counsel regarding issues that Defendants believe to be defective and/or dispositive;

2. Plaintiff's counsel has been working on filing an amended complaint, followed by service of the amended complaint;

3. Plaintiff's counsel is currently on military orders, and despite diligent efforts, was unable to file and serve within the ninety-day window.

Therefore, Plaintiff's counsel requests an additional thirty (30) days to file the amended complaint and effectuate service of the same on the defendants in this matter.

                                            /s/ Ryan P. McLane
Ryan P. McLane, Esq.
McLane & McLane, LLC
BBO # 697464
269 South Westfield Street
Feeding Hills, MA 01030
(413) 789-7771