UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TANIA CABRERA,<br>    Plaintiff,<br>v.<br>THE TOWN OF AMHERST,<br>AMHERST-PELHAM REGIONAL<br>SCHOOL COMMITTEE<br>DIEGO SHARON,<br>SARA BARBER-JUST,<br>MARTA GUEVARA, MICHAEL MORRIS<br>CELIA MAYSLES and JULIE WOYNER,<br>    Defendants | C.A. 3:24-cv-30031KAR |

## ASSENTED-TO MOTION FOR EXTENSION OF TIME TO AMEND AND SERVE

Counsel for Plaintiff, after having conferred with counsel for Defendants, moves to extend the time in which to file an amended complaint and serve the defendants by thirty (30) days. As reasons therefore:

1. Prior to service of the complaint, counsel for the parties conferred regarding issues Defendants believed to be defects in the complaint;

2. Plaintiff's counsel plans to file an amended complaint and serve the amended complaint upon defendants;

3. Plaintiff's counsel was unable to complete the above while away on military orders and is seeking additional time to file and serve the amended complaint.

4. Counsel for the parties conferred and defendants' counsel assents to the extension of time.

Therefore, Plaintiff's counsel requests an additional thirty (30) days to file the amended complaint and effectuate service of the same on the defendants in this matter.

Plaintiff, by:

    /s/ Ryan P. McLane
Ryan P. McLane (BBO# 697464)
McLane & McLane
269 South Westfield Street
P.O. Box 105
Feeding Hills, MA 01030
(413) 789-7771
ryan@mclanelaw.com

## CERTIFICATE OF 7.1 COMPLIANCE AND SERVICE

    I do hereby certify that counsel for plaintiff conferred with counsel for the defendants under Local Rule 7.1, that defendants' counsel assented to the extension, and that a true copy of the above document was served upon the parties via ECF.

    /s/

Ryan P. McLane, Esq.