10:38 🔋 ⏰ 📶 74%

← **David Fierro** 🔍

Si piensas igual, te invito a que lo expreses y no te quedes callado si otros gritan sus derechos yo grito los mios.

He dicho!
Aunque se indignen!



👍 Like          ➤ Share

👍❤️😂 Madeline Arzola and 56.4K others

**Margarita Garcia**
Muy correcto

42w    Like    899 👍😂❤️