

OFFICE OF THE SUPERINTENDENT
170 CHESTNUT STREET AMHERST, MA 01002
TEL. (413) 362-1810
FAX (413) 549-6108

June 26, 2023

**CONFIDENTIAL**
Federal Express

Tania Cabrera

RE: Notice of Formal Complaint(s)

Ms. Cabrera:

Please be aware that a formal complaint(s) alleging you engaged in conduct in violation of Title IX, which prohibits discrimination on the basis of sex, and/or the non-discrimination policies of School District has been made against you. The purpose of this correspondence is to provide you with notice of the allegations and to provide certain other information as required by law.

The allegations are as follows:

1. Employee, Dr. Letha Gayle-Brisset, and parent, Wendy Bergoffen, allege that in August 2022, you had a conversation with a trans student           in which you told the student, "You used to be your father's little girl."

2. Principal Diego Sharon and School Psychologist Rebecca Allen-Oleet allege you repeatedly misgendered students at Support Team Meetings during the 2022-2023 school year.

The School District has appointed Ed Mitnick, Esq. (the "Investigator") to conduct an investigation of these allegations in accordance with applicable law. The process for conducting the Title IX investigation is described in Attachment A.

You will be invited to participate in an interview, submit documentation and information you believe relevant to the allegations, and submit names of witnesses you believe to have relevant information. **Prior to your interview, you may prepare a response to this Complaint and submit it to the Investigator by email at:** emitnick@justtrainingsolutions.com .

You will be permitted to inspect, review, and respond to the evidence prior to the conclusion of the investigation. You will be permitted to review the investigation report and

## ATTACHMENT A

### I. INVESTIGATION PROCEDURES

In response to a Formal Complaint of Sexual Harassment, the School District will use the following process for investigating the substance of a Formal Complaint.

The Title IX Coordinator or Investigator will conduct the necessary investigation, using a preponderance of the evidence standard, including making good faith efforts to gather all relevant information. In the course of the investigation, the Title IX Coordinator or Investigator will, alone or with the assistance of a staff member:

(a) Contact those individuals that have been referred to as having pertinent information related to the complaint, which, at a minimum, will include contacting the Complainant and the Respondent

(b) Consider relevant documentary evidence

(c) Notify Complainants and Respondents that they will have the opportunity to identify other witnesses and present other relevant information

(d) Provide the parties with the same opportunities to have an advisor present, who may, but is not required to be, an attorney

(e) Provide to a party who is invited or expected to attend, written notice of any investigative interview, hearing or other meeting with enough time to allow the party to prepare to participate

Each party will have an equal opportunity to inspect, review, and respond to any evidence obtained. Prior to finalizing an investigative report, the investigator will send each party a draft of the investigation report with all evidence gathered to date, and provide the parties at least ten (10) school days to provide a response to the investigator.

After the Investigator prepares the final investigatory report with all evidence obtained from the investigation, the report will be provided to the decision maker. The decision maker will then send the report to all parties for response. The parties will have ten (10) calendar days to respond, including written relevant questions that each party wants asked of a party or witness.

The duration of an investigation will depend upon the nature and complexity of the allegations, the number of witnesses, the information to be gathered and the cooperation of all involved. Delays may result from lack of witness availability, illness, involvement of law enforcement, the need for translation services or other good cause. The Title IX Coordinator or Investigator will inform the Complainant and Respondent of any substantial delay and the reason for the delay.

### II. DEFINITIONS

- *A Complainant* is a person who is alleged to be the victim of conduct that could constitute Sexual Harassment. This includes, but is not limited to, parents on behalf of their child and other students or staff who observe alleged incidents of Sexual Harassment.

- discussion of one's sexual activities;
- comments, jokes or threats directed at a person because of his/her sexual preference;
- unwelcome and repeated invitations (for lunch, dinner, drinks, dates, sexual relations);
- demand for sexual favors accompanied by an implied or overt threat concerning a student's participation in an Educational Program or Activity, including promises of preferential treatment;
- physical contact such as touching, hugging, kissing, stroking, fondling, patting, pinching or repeated brushing up against one's body;
- deliberate bumping, cornering, grabbing;
- assaults, molestations or coerced sexual acts;
- posting or distributing sexually suggestive objects, pictures, cartoons or other materials;
- sexually-oriented letters or notes;
- sending offensive or discriminatory messages or materials through the use of electronic communications (e.g., electronic mail, including the Internet, voice mail and facsimile) which contain overt sexual language, sexual implications or innuendo, or comments that offensively address someone's sexual orientation;
- staring at parts of a person's body;
- sexually suggestive gestures, leering; and
- condoning Sexual Harassment.

Sexual Harassment can occur in a variety of circumstances. Here are some things to remember:

- A person of any gender identity may be the victim/Complainant or alleged harasser/Respondent of Sexual Harassment; and
- The victim/Complainant does not have to be of a different gender identity than the harasser/Respondent.

### III. Retaliation.

Retaliation by the District or any other person against any person for the purpose of interfering with Title IX rights or because the person has participated or refused to participate in any manner in a proceeding under Title IX regulations is prohibited.