UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 3:24-cv-30031-KAR

| | |
|---|---|
| TANIA CABRERA     Plaintiff | )<br>)<br>) |
| vs. | )<br>) |
| AMHERST-PELHAM REGIONAL SCHOOL DISTRICT, DIEGO SHARON SARA BARBER-JUST, MARTA GUEVARA MICHAEL MORRIS, CELIA MAYSLES, and JULIE WOYNAR, Individually and in their capacities as Employees of the     Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' PARTIAL MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

NOW COME the Defendants, Amherst-Pelham Regional School District (the "District"), Diego Sharon, Sara Barber-Just, Marta Guevara, Celia Maysles, and Julie Woynar, who hereby respectfully move this Court, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss Counts II and IV of Plaintiff's Amended Complaint. As reasons for this motion, the Defendants incorporate herein by reference their memorandum of law in support of the instant motion.

RESPECTFULLY SUBMITTED

THE DEFENDANTS
AMHERST-PELHAM REGIONAL
SCHOOL DISTRICT, DIEGO SHARON
SARA BARBER-JUST, MARTA GUEVARA
MICHAEL MORRIS, CELIA MAYSLES,
and JULIE WOYNAR

Dated:  October 15, 2024          By:  */s/ Hunter S. Keil*
Hunter S. Keil, Esq., BBO No. 687979
   hkeil@robinsondonovan.com
Robinson Donovan, P.C.
1500 Main Street, Suite 2300

Springfield, Massachusetts  01115
Phone (413) 732-2301

**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify, pursuant to Local Rule 7.1, that on October 4, 2024, I conferred with counsel for the plaintiff in good faith in an attempt to resolve or narrow the issues which form the subject matter of Defendants' Partial Motion To Dismiss.

*/s/ Hunter S. Keil, Esq.*
Hunter S. Keil, Esq.

CERTIFICATE OF SERVICE

 I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 15th day of October, 2024.

 *Signed under the pains and penalties of perjury.*

            */s/ Hunter S. Keil*
            Hunter S. Keil