# EXHIBIT A



## GRIEVANCE - LEVEL 1

June 23, 2023

Diego Sharon
Principal
Amherst Regional Middle School
170 Chestnut St.
Amherst, MA 01002

Re: Non-renewal of Non-PTS Teachers without Evaluation

**Statement of Grievance:**
APEA unit A employees Tania Cabrera and Fernando Gonzalez received non-renewal notices without evaluation or just cause.

**Contract/Law Violations:**

<u>M.G.L., c.71, § 38; M.G.L. c.150E</u>; the Educator Evaluation regulations, 603 CMR 35.00 as incorporated into the collective bargaining agreements between the parties.

<u>Article 2</u>

<u>Article 13 , Sections A and B</u>

<u>Educator Evaluation Plan</u>

All other relevant sections of the collective bargaining agreements between the parties.

**Requested Remedy:**
1. Tania Cabrera and Fernando Gonzalez will be reinstated for the 23-24 school year.
2. All Middle School staff will be evaluated based on the law and collective bargaining agreements.

3. All affected members shall be made whole.

Lamikco T. Magee
President