# EXHIBIT B

Agreement

between

Amherst, Pelham and Regional School Committees and

Amherst-Pelham Education Association
Unit A Professional
Staff

July 1, 2018 – June 30, 2021

Table of Contents

**CONTRACT** ................................................................................................................ 9

**PREAMBLE** .............................................................................................................. 9

**ARTICLE 1** RECOGNITION OF BARGAINING AGENT ...................................... 9

**ARTICLE 2** MANAGEMENT RIGHTS ................................................................ 10

**ARTICLE 3** NEGOTIATED POLICIES AND DISTRIBUTION............................ 11

**ARTICLE 4** CHANGING POLICIES GOVERNING CONDITIONS OF EMPLOYMENT DURING THE TERM OF THIS CONTRACT................................................................ 11

    **Section A.**    **Negotiated Policies**................................................................... 11

    **Section B.**    **Consultation on all new or non-negotiated policies** .................... 11

    **Section C.**    **Negotiation of new or non-negotiated policies**........................... 12

    **Section D.**    **Joint-Labor Management Committee** ......................................... 12

**ARTICLE 5** GRIEVANCE PROCEDURE .............................................................. 13

**ARTICLE 6** NO STRIKE PROVISION .................................................................. 15

**ARTICLE 7** ADMINISTRATIVE REGULATIONS ............................................... 15

**ARTICLE 8** TEACHING PERSONNEL: GENERAL .............................................. 15

    **Section A.**    **Recruitment and Selection**....................................................... 15

    **Section B.**    **Placement on Schedule** ............................................................ 16

    **Section C.**    **Appointments**.......................................................................... 16

    **Section D.**    **Physical Examination**............................................................... 16

    **Section E.**    **Professional Conduct** .............................................................. 16

    **Section F.**    **Notification of Intent** .............................................................. 16

    **Section G.**    **State and National Criminal Background Check** ......................... 16

**ARTICLE 9** WORK YEAR, WORK DAY ............................................................. 17

    **Section A.**    **School Year** ............................................................................ 17

    **Section B.**    **Working Hours**........................................................................ 17

    **Section C.**    **Part-Time Teachers**................................................................. 17

    **Section D.**    **Lunch Period** .......................................................................... 18

    **Section E.**    **Extended Services Compensation** ............................................. 18

**ARTICLE 10** ASSIGNMENT AND WORK LOAD.................................................. 18

    **Section A.**    **General** ................................................................................... 18

Section B.   **General Duties** ......................................................................................... 19

Section C.   **Other Regular Duties** ............................................................................... 19

Section D.   **Extra Duties** ............................................................................................. 20

Section E.   **Class Size** ................................................................................................. 20

Section F.   **Prep Time** ................................................................................................ 20

Section G.   **Annual Caseload Review** ......................................................................... 21

Section H.   **Changes in Class Schedule** ...................................................................... 21

**ARTICLE 11** VACANCIES AND TRANSFERS ............................................................. 21

Section A.   **General** ..................................................................................................... 21

Section B.   **Vacancies/Postings** ................................................................................... 21

Section C.   **Applications for Transfer** ......................................................................... 22

**ARTICLE 12** PROFESSIONAL GROWTH AND DEVELOPMENT ............................... 22

Section A.   **General** ..................................................................................................... 23

Section B.   **Professional Development Needs Assessment** .......................................... 23

Section C.   **In-Service Credits** ..................................................................................... 23

1.   **Responsibilities of the PDC** ...................................................................... 24

2.   **In-Service Instructor Guidelines** .............................................................. 24

3.   **In-Service Participant Guidelines** ............................................................. 24

4.   **Alternative In-Service Activities Guidelines** ............................................ 28

5.   **In-Service Credit Guidelines** .................................................................... 28

**ARTICLE 13** EVALUATION ......................................................................................... 28

Section A.   **General Purposes** ...................................................................................... 29

Section B.   **Just Cause** ................................................................................................. 29

Section C.   **Comments** ................................................................................................. 29

Section D.   **Nurses** ....................................................................................................... 30

**ARTICLE 14** SALARY GUIDES ................................................................................... 30

Section A.   **General** ..................................................................................................... 30

Section B.   **Placement on Schedule** ............................................................................. 30

Section C.   **Credit for Previous Experience** ................................................................ 31

Section D.   **Salary Increments** ..................................................................................... 31

Section E.   **Retirement Increment** ............................................................................... 31

**Section F.    Health and Accident Insurance**.......................................................................... 31

**Section G.    Salary Payment Schedule** ................................................................................. 32

**Section H.    Driver Education Salary Rate** .......................................................................... 32

**Section I.  Travel Reimbursement** ......................................................................................... 32

**Section J.  Extra Class Coverage** .......................................................................................... 32

**Section K.    Extra-Curricular Duties** .................................................................................... 32

**Performing Groups** ................................................................................................................. 33

   **Drama** ............................................................................................................................... 33

   **Director of Drama** .......................................................................................................... 33

   **Musical** ............................................................................................................................. 33

   **Coach** ................................................................................................................................ 34

   **Assistant Coach** ............................................................................................................... 34

   **Head Coach** ..................................................................................................................... 34

   **Student Publications** ....................................................................................................... 34

   **Service Organizations/Student Government** .................................................................. 34

   **Class Advisors** ................................................................................................................. 35

   **Interest and Affinity Clubs** ............................................................................................ 35

   **ATHLETICS INTERSCHOLASTICS ATHLETIC COACHES SALARY SCHEDULE** .......................................................................................................... 35

**Section L.  Teacher Salary Schedules** ................................................................................... 39

**Section M.  Early Retirement Incentive Clause** ................................................................... 46

**Section N.  Guidance Counselors** .......................................................................................... 46

**Section O.    Middle & Elementary School Curriculum Leaders** ........................................ 46

**ARTICLE 15** ABSENCES, LEAVES AND VACATIONS ....................................................... 47

**Section A.    Sick Leave** ......................................................................................................... 47

**Section B.    Special Leave** ..................................................................................................... 48

   1. Participation .................................................................................................................. 48

   2. Sick Leave Bank Committee ......................................................................................... 48

   3. Granting of Sick Leave Bank Days .............................................................................. 48

   4.  Sick Leave Bank Records ............................................................................................ 49

   5.  Miscellaneous ............................................................................................................. 50

Section C.    Professional Leaves ................................................................. 50

Section D.    Personal Leave ........................................................................ 52

Section E.  Early Release ............................................................................ 52

Section F.    Delay in Reporting .................................................................. 53

Section G.    Leave of Absence ..................................................................... 53

Section H.    Parental Leave of Absence ..................................................... 53

Section I.    FMLA Leave for Serious Health Condition .......................... 55

Section J.  Small Necessities Leave ........................................................... 55

Section K.    Union Leave ............................................................................. 55

Section L. Military Leave ............................................................................ 55

Section M.    Jury Duty ................................................................................. 55

Section N.    Five and Four Plan ................................................................. 56

**ARTICLE 16** REDUCTION IN STAFF ......................................................... 57

Section A.    Release ..................................................................................... 57

Section B.    Recall ....................................................................................... 58

Section C.    Definitions ............................................................................... 58

**ARTICLE 17** HEALTH & SAFETY .............................................................. 59

**ARTICLE 18** DEPARTMENT HEADS ......................................................... 60

Section 1.    Qualifications .......................................................................... 60

Section 2.    Appointment Procedures ......................................................... 60

Section 3.    Supervision and Evaluation .................................................... 60

Section 4.    Teaching Load and Administrative Duties ............................. 60

Section 5.    Remuneration .......................................................................... 61

Section 6.    Merged or Eliminated Departments ....................................... 62

**ARTICLE 19** NO DISCRIMINATION .......................................................... 62

**ARTICLE 20** TRANSPORTATION OF STUDENTS .................................... 62

**ARTICLE 21** STAFF TUTORING FOR REMUNERATION ......................... 62

**ARTICLE 22** WORK-RELATED INJURY ................................................... 63

Section A.    Physical Assaults .................................................................... 63

Section B.    Workers Compensation ........................................................... 64

**ARTICLE 23** PRINCIPAL ADVISORY COMMITTEE ................................ 64

**ARTICLE 24** DURATION OF THE CONTRACT ............................................................... 65

**ARTICLE 25** IMPLEMENTATION AGREEMENT ........................................................... 66

**CODE OF ETHICS OF THE EDUCATION PROFESSION** ............................................. 68

**PREAMBLE** ...................................................................................................................... 68

    **PRINCIPLE I Commitment to the Student** ..................................................................... 68

    **PRINCIPLE II Commitment to the Profession** ............................................................... 69

    **1.**     **Purpose of Educator Evaluation** ..................................................................... 73

    **2.**     **Definitions (* indicates definition is generally based on 603 CMR 35.02)** ............. 73

    **3.**     **Evidence Used in Evaluation** ........................................................................... 78

    **4.**     **Rubric** ............................................................................................................... 79

    **5.**     **Evaluation Cycle:  Training** ............................................................................. 79

    **6.**     **Evaluation Cycle:  Annual Orientation** .......................................................... 79

    **7.**     **Evaluation Cycle:  Self-Assessment** ............................................................... 80

    **8.**     **Evaluation Cycle: Goal Setting and Development of the Educator Plan** ............... 81

    **9.**     **Evaluation Cycle:  Observation of Practice and Examination of Artifacts – Educators without PTS** ............................................................................................ 82

    **10.**     **Evaluation Cycle:  Observation of Practice and Examination of Artifacts – Educators with PTS** .............................................................................................. 82

    **11.**     **Observations** ..................................................................................................... 82

    **12.**     **Evaluation Cycle:  Formative Assessment** ...................................................... 84

    **13.**     **Evaluation Cycle:  Formative Evaluation for Two Year Self-Directed Plans Only** 85

    **14.**     **Evaluation Cycle:  Summative Evaluation** ..................................................... 86

    **15.**     **Educator Plans – General** ................................................................................. 87

    **16.**     **Educator Plans:  Developing Educator Plan** .................................................. 88

    **17.**     **Educator Plans:  Self-Directed Growth Plan** ................................................. 88

    **18.**     **Educator Plans:  Directed Growth Plan** ........................................................ 88

    **19.**     **Educator Plans:  Improvement Plan** .............................................................. 88

    **20.**     **Timelines** .......................................................................................................... 91

    **21.**     **Career Advancement** ....................................................................................... 92

    **22.**     **Rating Impact on Student Learning Growth** ................................................. 92

    **23.**     **Using Student feedback in Educator Evaluation** .......................................... 93

**24.**     **Using Staff feedback in Administrator Evaluation** ...................................................... 93

**25.**     **Transition from Existing Evaluation System** ............................................................. 93

**26.**     **General Provisions** ....................................................................................................... 94

*ADDENDUM II* **Performance Levels in the Model Rubrics** .............................................. 95

**ADDENDUM III** ................................................................................................................... 96

**MEMORANDUM OF AGREEMENT** ................................................................................ 100

**MEMORANDUM OF AGREEMENT** ................................................................................ 104

                    directly responsible to the Superintendent or the Assistant Superintendent

E.       Assistant Principals

Exclusion of the above named personnel from the bargaining unit defined in this contract does not constitute an exclusion of the possibility that the Association will act as the bargaining agent for some of these persons under the terms of a different contract which could define a different bargaining unit.

## ARTICLE 2 MANAGEMENT RIGHTS

Under the laws of Massachusetts, the School Committees of Amherst, Pelham and the Amherst-Pelham Region have the final responsibility for establishing educational policies of the Amherst, Pelham and Amherst-Pelham Regional Schools, for management of said schools and for directing their operation. This responsibility, which includes the duty to maintain public schools and such other activities as it finds will best serve the interest of member towns, to decide the need for school facilities, to determine the care, maintenance and operation of buildings, lands, apparatus and other property used for school purposes; to employ, assign, transfer and promote teachers; to suspend, demote or dismiss teachers of the schools in the manner provided by statute or ordinance; to evaluate the performance of, and to grant professional teacher status to teachers; all to be carried out by the Superintendent of Schools as the executive officer of the School Committee(s) consistent with statute and with the terms of this Agreement, to prescribe hours for and working conditions for teachers; to regulate and restrict the use of school property (real or personal); to implement improved benefits at any time for all or some; make any pay deductions because of the absence of, or failure to perform work by employees; and prescribe any professional improvement program or policies; to determine class size; to prescribe rules for management, studies, classifications and discipline for the public schools; to prepare and submit budgets to respective member towns and, in its sole discretion, expend monies appropriated by member towns for maintenance of the schools, and to make such transfers of funds within the appropriated budget as it shall deem necessary; and to exercise such other authority, rights and powers conferred upon the Committee by the laws of Massachusetts and the Rules and Regulations of any pertinent agency of the Commonwealth.

The Committee agrees to take whatever action that may be necessary to give full force and effect to the provisions of the Agreement.

As to matters not covered by this Agreement, except as abridged or modified by this Agreement or any supplements hereto, the Committee retains all rights and powers that it has or may hereafter be granted by law and shall exercise the same without such exercise being made the subject of grievance and arbitration provisions of this Agreement provided that no such right shall be exercised in violation of the terms of this Agreement or of Chapter 150E of the General Laws.

10

with the goals of and provide a benefit to the school system.

In addition to ARPS-U courses, the District offers school-based opportunities, professional learning communities, and District-wide professional learning.  These opportunities will not require the preapproval from the PDC.  Offerings will be communicated through My Learning Plan and/or listed on the District's website.  Staff may request the opportunity to attend professional development outside of the District. Approval for attendance, courses, workshops etc. is at the discretion of the building principal.

Funding consideration for PLCs or Inquiry groups should be directed to the building principal, Curriculum Coordinator and/or the Superintendent or his/her designee.

### 4. Alternative In-Service Activities Guidelines

a. Proposals for other staff development activities must be pre-approved by the PDC if they are to be credited for lane advancement. Such proposals may include curriculum revision study groups, contributions to professional organizations or conferences, or publication.
b. The proposer may receive assistance in proposal development from the PDC.
c. When the project or activity is completed, the proposer will return to PDC for a review of completed work.

### 5. In-Service Credit Guidelines

a. Fifteen hours of work, including at least 10 hours of in-person class contact time, earn one in-service course credit and 15 PDPs. A similar ratio shall apply to independent projects.
b. Credits will be granted by the District upon successful completions of the course/project.
c. Professional Development Presenters will receive double the approved course credits for the first time a course is offered and the approved course credits thereafter.
d. Compensation for Professional Development Presenters may be in the form of course credits or Stipends, but not both.

### ARTICLE 13 EVALUATION

Refer to Appendix "Teacher Professional Development and Evaluation" and related implementation Agreements.

**Section A.      General Purposes**

The purpose of evaluation is to assess the performance and support the professional growth of teachers in order to ensure effective service to the children of our local school communities.

Evaluation related to the issuance of contracts for the following year will be submitted to the Superintendent by May 1.

Decisions on renewal of contracts related to teacher performances will be based on the evaluation process established in negotiated policies.

**Section B.      Just Cause**

No teacher will be disciplined, reduced in pay or rank, discharged or denied a benefit without just cause.

**Section C.      Comments**

Upon receiving a complaint from a colleague, parent or student against a member of the bargaining unit, the District shall have seven (7) school days to gather information and determine whether to conduct an investigation.  If the District decides to conduct an investigation, it will notify the subject of the complaint (by the seventh day) by providing the subject sufficient details such that the subject may reasonably respond to the complaint.  This shall include, but not be limited to, the identity of the individual(s) who made the complaint.

No individual who is the subject of a complaint shall communicate with the individual(s) who filed the complaint regarding the complaint or act in any manner, either directly or indirectly, toward the individual(s) that may negatively affect the investigation.  The individual who is the subject of the complaint will be apprised of his/her right to request Association representation at any meeting with administration regarding the complaint.

After the investigation is complete, the District shall determine whether the complaint is substantiated or unsubstantiated, and shall reduce its determination to writing.  If the complaint is substantiated, it shall be placed in the subject's personnel file.  If the complaint is unsubstantiated, it shall be maintained in a separate District file.  A copy of the determination shall be provided to the subject regardless of whether the complaint is substantiated or unsubstantiated.

The person who has been the subject of a complaint shall have the right to submit a written response to the complaint.  The subject's response will be included with the investigation report, i.e., in the subject personnel file if substantiated or in the District's file if unsubstantiated.

For the purposes of this article, a complaint is defined as an allegation that may

29